# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FJONA DAJLANI and ALLISON EGAN, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br> v.<br><br>BABY GENERATION, INC.,<br><br>       Defendant. | Civil Action No.: 1:23-cv-3394-LDH-JRC<br><br><u>Class Action</u><br><br>**SUMMONS RETURNED EXECUTED** |

Fjona Dajlani and Allison Egan, et. al., Plaintiff(s)
vs.
Baby Generation, Inc., et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 164621-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Baby Generation, Inc., c/o New York Secretary of State as Registered Agent

Court Case No. 1:23-cv-3394 LDH-JRC

KAPLAN, FOX & KILSHEIMER
Ms. Suzanne Powley
1999 Harrison Street
Suite 1560
San Francisco, CA  94612

State of: **New York** ) ss.
County of: **Albany** )

**Name of Server:** **Robert Guyette**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **12th** day of **May**, 20 **23**, at **12:50** o'clock **P** M

**Place of Service:** at **1 Commerce Plaza**, in **Albany, NY 12260**

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Baby Generation, Inc., c/o New York Secretary of State as Registered Agent**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Amy Lesch, Managing Agent**

**Description of Person Receiving Documents:**
Sex **Fe**; Skin Color **White**; Hair Color **Blonde**; Facial Hair ___
Approx. Age **45 yrs**; Approx. Height **5'10"**; Approx. Weight **160 lbs**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **12th** day of **may**, 20 **23**

Notary Public                    (Commission Expires)

APS International, Ltd.

FAITH COZZY
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01CO6158874
Qualified in Albany County
My Commission Expires January 08, 2027