IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FJONA DAJLANI and ALLISON EGAN, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br> v.<br><br>BABY GENERATION, INC.,<br><br>        Defendant. | Civil Action No.: 1:23-cv-3394-LDH-JRC<br><br>**NOTICE OF MOTION TO ADMIT ATTORNEY MATTHEW B. GEORGE *PRO HAC VICE*** |

TO: Jeremy Richardson      Ian James Dankelman
   Smith, Gambrell & Russell, LLP  Smith Gambrell & Russell LLP
   1301 Avenue of the Americas, Fl 21 201 N. Franklin Street, Suite 3550
   New York, NY  10019     Tampa, FL  33602

   *Counsel for Defendant Baby Generation, Inc.*

   PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, I, Matthew B. George, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, who is of counsel with the firm of Kaplan Fox & Kilsheimer LLP, and a member in good standing of the bar of the State of California, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Plaintiffs Fjona Dajlani and Allison Egan, and the Proposed Class.  There are no pending disciplinary proceedings against me in any state or federal court.

Dated:  July 6, 2023         Respectfully submitted,

                  **KAPLAN FOX & KILSHEIMER LLP**

                  By: */s/ Matthew B. George*
                      Matthew B. George

                  Laurence D. King
                  Matthew B. George (*pro hac vice* pending)
                  Blair E. Reed (*pro hac vice* pending)

>1999 Harrison Street, Suite 1560
>Oakland, CA  94612
>Telephone:  415/772-4700
>Facsimile:  415-772-4707
>*lking@kaplanfox.com*
>*mgeorge@kaplanfox.com*
>*breed@kaplanfox.com*
>
>KAPLAN FOX & KILSHEIMER LLP
>Joel B. Strauss
>800 Third Avenue, 38th Floor
>New York, NY 10022
>Telephone:  212-687-1980
>Facsimile:  212-687-7714
>*jstrauss@kaplanfox.com*
>
>**WITES & ROGERS**
>Marc A. Wites (*pro hac vice* forthcoming)
>4400 North Federal Highway
>Lighthouse Point, FL 33064
>Telephone: (954) 933-4400
>Facsimile: (954) 354-0205
>*mwites@witeslaw.com*
>
>*Attorneys for Plaintiffs*