UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

FJONA DAJLANI and ALLISON EGAN, individually and on behalf of all others similarly situated,

                              Plaintiff(s),

v.

Baby Generation, Inc.

                              Defendant(s).

1:23-cv-03394

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

---

I, Matthew B. George, being duly sworn, hereby depose and say as follows:

1. I am a(n) attorney Of Counsel with the law firm of KAPLAN FOX & KILSHEIMER LLP
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of California.
4. There are no pending disciplinary proceedings against me in any state or federal court. True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: N/A
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 1:23-cv-03394 for PLAINTIFF, FJONA DAJLANI AND ALLISON EGAN AND THE PROPOSED CLASS

Date July 06, 2023

Signature of Movant
Firm Name Kaplan Fox & Kilsheimer LLP
Address 1999 Harrison Street, Suite 1560
Oakland, CA 94612

**NOTARIZED**

Email mgeorge@kaplanfox.com
Phone 415-772-4700

PLEASE SEE THE ATTACHED CERTIFICATE OF THE CALIFORNIA JURAT

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**   GOVERNMENT CODE § 8202

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

1 _____
2 _____
3 _____
4 _____
5 _____
6 _____

Signature of Document Signer No. 1        Signature of Document Signer No. 2 (if any)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of SAN DIEGO

Subscribed and sworn to (or affirmed) before me on this 6TH day of July, 2023, by
Date   Month   Year
(1) MATTHEW B. GEORGE
(and 2) N/A
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public
M. BENNETTE-COLE

M. BENNETTE-COLE
COMM. # 2413929
NOTARY PUBLIC • CALIFORNIA
SAN DIEGO COUNTY
Commission Expires: SEPT 20, 2026

Place Notary Seal and/or Stamp Above

──────── OPTIONAL ────────

Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE
Document Date: July 6, 2023     Number of Pages: 2
Signer(s) Other Than Named Above: N/A

©2017 National Notary Association



# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### MATTHEW BRIAN GEORGE

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that MATTHEW BRIAN GEORGE, #239322, was on the 7th day of December, 2005 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court
on the 21st day June, 2023.

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By: _____
Robert R. Toy, Senior Deputy Clerk