

Kaplan Fox & Kilsheimer LLP
800 Third Avenue, 38th Floor
New York, NY 10022
Phone: 212.687.1980
Fax: 212.687.7714
Email: jstrauss@kaplanfox.com
www.kaplanfox.com

November 16, 2023

**VIA ECF**

Hon. James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

### Re: *Dajlani, et.al., v. Baby Generation, Inc.,* Case No: 1:23-cv-3394-LDH-JRC

Dear Judge Cho:

Per the Court's Minute Order of October 20, 2023, I write on behalf of Plaintiffs to update the Court concerning Plaintiffs' request for leave to file a Second Amended Complaint ("SAC").

On November 3, 2023, Plaintiffs provided Defendant Baby Generation, Inc. with their proposed SAC, a copy of which is filed herewith as Exhibit 1. Additionally, Plaintiffs provided Defendant with a "redline" version of the SAC, a copy of which is filed herewith as Exhibit 2. The SAC includes six additional Plaintiffs and seven new causes of action under their respective states' consumer protection and warranty statutes arising from the marketing and sale of Defendant's "Mockingbird" branded strollers and accessories.

On November 10, 2023, Defendant provided Plaintiffs with notice that it would not oppose Plaintiffs' request for leave to file the SAC, while reserving all rights to oppose Plaintiffs' SAC in a forthcoming motion to dismiss. Accordingly, Plaintiffs hereby request (with Defendant's consent) leave to file the attached SAC within seven days of the Court's entry of an order granting Plaintiffs leave to do so.

The Parties are cognizant of Judge DeArcy Hall's Individual Practice Rules requiring parties to request a pre-motion conference with the Court prior to making any motion pursuant to Fed.R.Civ.P. Rule 12. Indeed, Defendant made such a request on June 22, 2023 in connection with its intent to file a motion to dismiss Plaintiffs' First Amended Complaint (ECF #12).[1] Defendant has informed us that it intends to file a motion to dismiss the SAC. If the Court is inclined to waive the pre-motion request requirement, the Parties have agreed, subject to the Court's approval, to the following briefing schedule in connection with Defendant's anticipated motion to dismiss the SAC:

1. Defendant's motion to dismiss the SAC shall be due within 30 days of Plaintiffs' filing the SAC;

---

[1] Plaintiffs responded to such letter on June 29, 2023. (ECF #13).



2.  Plaintiffs shall have 30 days thereafter to file their opposition to Defendant's motion to dismiss the SAC;

3.  Defendant shall have 14 days thereafter to file their reply brief in support of its motion to dismiss.

Plaintiffs appreciate the Court's time and attention to this matter. We are happy to address any further questions the Court may have.

Respectfully submitted,

*/s/ Joel B. Strauss*
Joel B. Strauss


cc:     Jeremy D. Richardson, Esq. (by ECF)
        Ian Dankelman, Esq. (by ECF)
        Matthew B. George, Esq. (by ECF)