**KAPLAN FOX & KILSHEIMER LLP**
Joel B. Strauss
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
Email:   jstrauss@kaplanfox.com

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King
Matthew B. George *(admitted pro hac vice)*
Blair E. Reed *(admitted pro hac vice)*
1999 Harrison Street, Suite 1501
Oakland, CA  94612
Telephone: (415) 772-4700
Facsimile:  (415) 772-4707
Email:   lking@kaplanfox.com
         mgeorge@kaplanfox.com
         breed@kaplanfox.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FJONA DAJLANI, ALLISON EGAN, TINA MARIE BARRALES, HANNAH MCFARLAND, ELSA TRICOZZI, MARITZA LIZARRARES, ANNA PERELLA, and ELIZABETH MAYER, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>BABY GENERATION, INC.,<br><br>    Defendant. | Case No. 1:23-cv-03394-RER-JRC<br><br>**NOTICE OF CHANGE OF ADDRESS (SUITE NUMBER ONLY) FOR THE CALIFORNIA OFFICE OF KAPLAN FOX & KILSHEIMER LLP**<br><br>Judge: Hon. Ramon E. Reyes, Jr. |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, effective immediately, Kaplan Fox & Kilsheimer LLP's Oakland office has changed suite numbers, and the address information for California attorneys of record Laurence D. King, Matthew B. George, and Blair E. Reed has changed. The updated address information is:

Kaplan Fox & Kilsheimer LLP<br>
1999 Harrison Street, Suite 1501<br>
Oakland, CA 94612

All other contact information, the telephone number, facsimile number, and email addresses for attorneys Laurence D. King, Matthew B. George, and Blair E. Reed remains the same.

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

DATED: October 8, 2025         By: /s/ *Joel B. Strauss*
                                   Joel B. Strauss

Joel B. Strauss
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
Email:   jstrauss@kaplanfox.com

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King
Matthew B. George *(admitted pro hac vice)*
Blair E. Reed *(admitted pro hac vice)*
1999 Harrison Street, Suite 1501
Oakland, CA  94612
Telephone: (415) 772-4700
Email:   lking@kaplanfox.com
         mgeorge@kaplanfox.com
         breed@kaplanfox.com

*Counsel for Plaintiffs*