## CIVIL MINUTE CALENDAR

**Before EDNY (Brooklyn), U.S. District Judge Ramón E. Reyes, Jr.**

**Date:**    5/7/26        **Time in Court:** 22 minutes

**Docket Number:  23-cv-3394**

**Case Title:  Dajlani et al v. Baby Generation Inc.**

**Court Reporter:** N/A **Time Log:** # RER WebEx Audio

**Law Clerk:** AMF

**Plaintiff(s)/Petitioner represented by:**

Matthew George, Joel B. Strauss

**Defendant(s)/Respondent represented by:**

Jeremy Richardson, Ian James Dankelman

**Type of Hearing Held:**  Premotion Hearing

**Pending Motion(s):  N/A**

**TEXT:**

Case Called. Matthew George and Joel B. Strauss appeared for Plaintiff. Jeremy Richardson and Ian James Dankelman appeared for Defendant. Discussion held. Parties shall submit a proposed briefing schedule as to Defendant's anticipated motion to dismiss by **May 15, 2026.** The Court grants Plaintiff's motion to supplement the third amended complaint, on consent, to include the Missouri and Illinois plaintiffs' purchase history.


Contact the ESR Dept at (718) 613-2590 to order the transcript.